

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00277-CV

| | | |
|---|---|---|
| MICHAEL H. LIND AND MARY C. LIND, Appellants | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CV2023-1150) |
| V. | | |
| | § | March 14, 2024 |
| MICHAEL MORRISON, TRUSTEE OF THE MORRISON FAMILY TRUST D/B/A MBM PROPERTIES, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's dismissal order is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Michael Morrison, Trustee of the Morrison Family Trust d/b/a MBM Properties shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
      Justice Mike Wallach